**Order entered April 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00013-CV

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellant**

**V.**

**DART TRANSIT COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11988**

## ORDER

Before the Court is the parties' April 16, 2019 motion to enter agreed judgment asking this Court to abate the appeal and permit the proceedings in the trial court to effectuate the parties' agreed judgment. We **GRANT** the motion.

This appeal is **ABATED** to allow the proceedings in the trial court to effectuate the parties' agreed judgment. *See* TEX. R. APP. P. 42.1(a)(2)(C). We **ORDER** the parties to notify this Court within **TEN DAYS** from the date the trial court effectuates their agreed judgment.

The appeal shall be reinstated **THIRTY DAYS** from the date of this order or when the parties file a motion to dismiss, whichever is earlier.

/s/    KEN MOLBERG
        JUSTICE